﻿Citation Nr: AXXXXXXXX
Decision Date: 04/30/20 Archive Date: 04/30/20

DOCKET NO. 190807-19072
DATE: April 30, 2020

ORDER

Entitlement to service connection for degenerative joint disease (arthritis) of the thoracolumbar spine is granted.

Entitlement to service connection for bilateral arthritis of the hips is granted.

FINDINGS OF FACT

1. The Veteran’s degenerative joint disease of the thoracolumbar spine is secondary to his service-connected bilateral knee disabilities.

2. The Veteran’s bilateral arthritis of the hips is secondary to his now-service connected arthritis of the thoracolumbar spine.

CONCLUSIONS OF LAW

1. The criteria for entitlement to service connection for degenerative joint disease of the thoracolumbar spine as secondary to the service-connected bilateral knee disabilities have been met. 38 U.S.C. §§ 1131, 5107(b); 38 C.F.R. § 3.310 (2019).

2. The criteria for entitlement to service connection for a bilateral hip disability as secondary to the service-connected thoracolumbar spine disability have been met. 38 U.S.C. §§ 1131, 5107(b); 38 C.F.R. § 3.310 (2019).

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran had service in the United States Army from June 1973 to June 1993.

The Veteran’s appeal has been characterized by the Agency of Original Jurisdiction as service connection for a thoracolumbar spine and hip condition. However, the record reflects separate diagnoses for each condition. As such, the Board will address the issues separately. 

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. This decision has been written consistent with the new AMA framework.

The Veteran submitted a supplemental claim in June 2019 for service connection for disabilities of the thoracolumbar spine and hips. A July 2019 rating decision denied the claim. The Veteran then submitted a timely Board Appeal Notice of Disagreement (VA Form 10182) in August 2019 and chose “Direct Review.” 

Per the Direct Review appeal lane, review is based on evidence submitted to VA as of the date of the election, and the Veteran may not submit additional evidence. Therefore, under its review, the Board will consider all evidence submitted up to the date of the July 2019 rating decision. 

1. Entitlement to service connection for degenerative joint disease of the thoracolumbar spine.

Having reviewed the evidence of record, the Board finds that service connection for arthritis of the back is warranted. The record reflects a current diagnosis for arthritis of the back. The Veteran is also service-connected for bilateral knee disabilities, and an April 2019 opinion from the Veteran’s private physician links his current back disability to his bilateral knee disability. As the Veteran’s treating physician is familiar with his history and symptoms for both the back and knees and any correlation between the conditions, the Board finds the opinion probative. The Board acknowledges the May 2007 VA opinion indicating that the Veteran’s back disability is not related to service. However, as the examiner failed to adequately address secondary service connection, the opinion is not adequate. 

Accordingly, in light of the most probative evidence of record, the Board finds that a nexus is established between the Veteran’s back disability and service-connected knee disabilities. As such, the appeal is granted. 

2. Entitlement to service connection for arthritis of the bilateral hips

Having reviewed the evidence of record, the Board finds that service connection for bilateral arthritis of the hips is warranted. The record reflects a current diagnosis for arthritis of the hips. The Veteran is also now service-connected for arthritis of the back, and a March 2008 private opinion from the Veteran’s private physician links his arthritis of the back to the arthritis of his other joints. As discussed above, as the Veteran’s treating physician is familiar with his history and symptoms and any correlation, the Board finds the opinion probative. Nor is there a negative opinion of record regarding the etiology of the Veteran’s arthritis of the hips. Accordingly, in light of the most probative evidence of record, the Board finds that a nexus is established between the Veteran’s bilateral hip disability and service-connected back disability. As such, the appeal is granted.

 

 

GAYLE STROMMEN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board A. Smith, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.